**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-6552**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY COWARD,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville. Malcolm J. Howard,
District Judge. (CR-90-52, CA-97-3-4-H)

─────────

Submitted: March 26, 1998          Decided: April 6, 1998

─────────

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Larry Coward, Appellant Pro Se. Fenita Talore Morris, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Coward</u>, Nos. CR-90-52; CA-97-3-4-H (E.D.N.C. Apr. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>